# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KATHERINE LEGRAND

VERSUS

DANIEL WEHR, USAA CASUALTY
INSURANCE COMPANY AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2019 CW 1045

DEC 0 6 2019

---

In Re:    Katherine Legrand, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 678055.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's correspondence filed on October 29, 2019 advising that the matter has settled and requesting that this writ application be removed from the docket.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT